**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Charles Lee REDDEN, Jr.,
Defendant—Appellant.**

**No. 00–10533.**

**D.C. No. CR–98–00538–SOM.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted Dec. 2, 2002.*

Decided Dec. 5, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

### MEMORANDUM **

Charles Lee Redden, Jr. appeals his jury-trial conviction and 60–month sentence for four counts of mailing threatening letters, in violation of 18 U.S.C. § 876. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Redden's counsel has filed a brief stating that she finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief has been filed.

Our examination of the briefs and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.